# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0936

VERSUS

JAMES D. MCINTOSH, II

**JULY 28, 2026**

---

In Re:    James D. McIntosh, II, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 21-CR9-146489.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**STAY DENIED. WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT